Judge Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                      )<br>          Plaintiff, )<br>                                      )<br>      v.                      )<br>                                      )<br>DEANNA PICINICH, )<br>                                      )<br>          Defendant. ) | NO. CR05-0049C<br><br>FINAL<br>ORDER OF FORFEITURE |

On June 24, 2005, this Court entered a Preliminary Order of Forfeiture in the above-captioned cases forfeiting Deanna Picinich's interest in the following:

1. $63,608.00 U.S. Currency

The property is subject to forfeiture pursuant to Title 21, United States Code, Section 853, because of Deanna Picinich's Failure to Declare in excess of $10,000 currency being transported from the United States into Canada, in violation of Title 31, United States Code, Sections 5316(a)(1)(A) and 5322(a).

Pursuant to Title 21, United States Code, Section 853, the United States published notice in the Daily Journal of Commerce on August 15, August 22, and August 29, 2005, of the Preliminary Order of Forfeiture and of the intent of the United States to dispose of the property in accordance with law. This notice further stated that any person other than the defendants having or claiming an interest in the property was required to file a petition with the Court within thirty (30) days of the final publication of the notice or personal receipt of the notice, whichever is earlier, setting forth the nature of the petitioner's right, title and

FINAL ORDER OF FORFEITURE - 1
(Picinich–CR05- 0049C)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1 interest in the property.

2 No petitioners or claimants have come forth to aset an interest in the forfeited 3 property and the time for doing so has expired. Accordingly,

4 IT IS ORDERED, ADJUDGED and DECREED that the following property is hereby 5 forfeited to the United States:

6 1. $63,608.00 U.S. Currency

7 IT IS FURTHER ORDERED, ADJUDGED and DECREED that all right, title and 8 interest in the property described above is hereby condemned, forfeited and vested in the 9 United States, and shall be disposed of according to law.

10 The Clerk of the Court is hereby directed to send three (3) "raised sealed" certified 11 copies of this Final Order of Forfeiture to the United States Attorney's Office, Seattle, 12 Washington.

13 DATED this 7th day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

 /s/ Richard E. Cohen
RICHARD E. COHEN
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206/ 553-2242; fax 206/ 553-6934
Richard.E.Cohen@usdoj.gov

FINAL ORDER OF FORFEITURE - 2
(Picinich–CR05- 0049C)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FINAL ORDER OF FORFEITURE - 3
(Picinich–CR05- 0049C)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970